# UNITED STATES DISTRICT COURT

for the

Southern District of New York Division

Luis Jaime

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with full list of names.)

-v-

New York State Department of Corrections, Sullivan Correctional Facility, Seargent Klien, officer L. farr, officer Garcia

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birthdate; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a finical account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Luis Jaime
   All other names by which you have been known:
   ID Number: 22B4805
   Current Institution: Sullivan Correctional Facility
   Address: 325 Riverside Drive P.O. Box 116
   Fallsburg   NY   12733-0116
   City         State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Klien
   Job or Title (*if known*): Seargent, of New York State Corrections
   Shield Number: N/A
   Employer: ~~Corrections Officer~~ Sullivan Correction Facility
   Address: 325 Riverside Drive P.O. Box 116
   Fallsburg   NY   12733-0116
   City         State    Zip Code
   ☑ Individual capacity ☐ Official capacity

   Defendant No. 2
   Name: L. Farr
   Job or Title (*if known*): Corrections Officer
   Shield Number: N/A
   Employer: Sullivan Correctional Facility
   Address: 325 Riverside Drive P.O. Box 116
   Fallsburg   NY   12733-0116
   City         State    Zip Code
   ☐ Individual capacity ☐ Official capacity

Defendant No. 3
- Name: Garcia
- Job or Title (*if known*): Corrections Officer
- Shield Number: N/A
- Employer: Sullivan Correctional Facility
- Address: 325 Riverside Drive, P.O. Box 116
  Fallsburg, NY 12733-0116
  *City      State      Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4
- Name: Holmes
- Job or Title (*if known*): Corrections Officer
- Shield Number: N/A
- Employer: Sullivan Correctional Facility
- Address: 325 Riverside Drive P.O. Box 116
  Fallsburg, NY 12733-0116
  *City      State      Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. §1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a §1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. §1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violate by state or local officials?

Deprivation of Rights and privileges, Cruel and Unusual punishment, Excessive force.

C. Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statue. ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. §1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If your are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

New York State Corrections at Sulliven Correctional Facility and officers Klien, L. Farr, Garcia and Holmes violated State regulations and State policy and pecidure.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:
- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At Harris Hospital in Caskills Sullivan County, Incedent Accord inside the parking lot or On the parking lot, Approximate time Between 2:00 pm to 3:30 pm, on march 21 2024.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On thee entrance were inmates Arrive, Approximate time Between 3:30 pm to 5:30 pm, on march 21 2024.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

March 21 2024, Between times 2:00pm to 3:30 and 3:30pm to 5:30pm.

D. What are the facts underlying your claim(s)? *(For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On march 21 2024 As i am bieng rolled out the hospital in a wheelchair, Also recomended by a outside hospital. ~~Seargent~~ Officer Garcia, Officer L.farr, Seargent Klien and multiple unknown Officers dragged me in and out of ~~the~~ A van As i was hand cuffed and Shackled. Officer Allerd Survalance while having unknown Assistance to block video Survalance and Alter video Survalance from entrance to Jail entrance to infermary in the Jail to be exact. Body Camera's for my witness ~~or~~, Audio from facility As witness and Officer Holmes as A witness and her body Cameras

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained multiple Allecerations, ~~and~~ Scratches, Brussing, Swelling threw out my whole body and ~~less~~ Right leg. ~~pain~~ I can not feel my right leg. Nurse Colvin is not documenting my injuries that i am Claiming to her. I am Currently in infermory at sullivan Correctional facility bieng perscribed pain medicene, and i am currently on bed ress waiting for Curther medical treament, waiting to see Auther piedics Specailist and waiting on Curther testing.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, included the amounts of any damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am Seeking $500 million dollars, for pain and Suffering, Emotional distress, Excessive fore, Cruel and unusaul punishment, Abuse and inhumaine treatment. ~~I~~ I want ~~new york state department~~ of the Courts to make sure this inhumane treatment and excessive force does not happend again at New york State Department of Corrcetions and to insure all body Cameras are on when i am bieng escorted to and from a Outside hospital.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"). 42 U.S.C. §1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or other Federal law, by a prisoner confined in any jail, prison or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievances procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sullivan Correctional facility.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility were your claim(s) arose cover some or all of your claims?

☑ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

Excessive force, Cruel and Unusual punishment.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

☐ Do not know

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Sullivan Correctional Facility.

2. What did you claim in your grievance?

   Excessive force, Cruel and Unusual punishment.

3. What was the result, if any?

   no response

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   no response to first Grievance.

F.  If you did file a grievance:

  1.  If there are any reasons why you did not file a grievance, stat them here:

      N/A

  2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their responses, if any:

      ~~Sorry~~ N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    Grievance, notice of intent to file a Claim,

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __N/A__
   Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and state)*
   __N/A__

3. Docket or index number __N/A__

4. Name or judge assigned to your case __N/A__

5. Approximate date of filing lawsuit __N/A__

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. __N/A__

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) __N/A__

C. Have you field other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? __N/A__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and state)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name or judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 1 2024

Signature of Plaintiff: Luis Jaime
Printed Name of Plaintiff: Luis Jaime
Prison Identification #: 22B4805
Prison Address: 325 Riverside Drive P.O. Box 116
Fallsburg, NY 12733-0116
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Prison Address: N/A
N/A, N/A, N/A
City / State / Zip Code

Telephone Number: N/A
E-mail Address: N/A

**SULLIVAN CORRECTIONAL FACILITY**
P.O. BOX 116
FALLSBURG, NEW YORK 12733-0116
NAME: Luis Done  DIN: 11-A-4805

RECEIVED
APR 05 2024
CLERK
USMs
SDNY

United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Legal Mail

quadient
04/01/2024
US POSTAGE $001.12°
FIRST-CLASS MAIL
ZIP 12733
041M11477557

SULLIVAN CORRECTIONAL FACILITY